■ In the Matter of JEROME J. ERLIN, Admitted as JEROME ERLIN, a Suspended Attorney.—Motion to lift temporary suspension denied. Concur—Sandler, J. P., Ross, Asch, Kassal and Wallach, JJ.

(May 22, 1987)

■ In the Matter of ASSOCIATED PRESS et al. v HOWARD E. BELL, Individually and as Justice of the Supreme Court of the State of New York, County of New York.—Motion granted insofar as to amend the caption of this court's order entered on May 13, 1987 and its accompanying opinion Per Curiam (128 AD2d 59) to reflect the addition of Robert E. Chambers as a respondent. Concur—Carro, J. P., Asch, Rosenberger, Ellerin and Wallach, JJ.